IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FERNANDO LOPEZ-GONZALEZ, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CV-F-04-6141 REC (No. CR-F-03-5136 REC)  ORDER ISSUING CERTIFICATE OF APPEALABILITY |
| Petitioner, | | |
| vs. | | |
| UNITED STATES OF AMERICA, | | |
| Respondent. | | |

    The court hereby issues a certificate of appealability, the court concluding that petitioner has made a substantial showing of the denial of a constitutional right in connection with his claim, denied by this court, that he was denied the effective assistance of counsel when counsel failed to file a notice of appeal after petitioner requested that she do so.

    IT IS SO ORDERED.

**Dated: June 1, 2005**          **/s/ Robert E. Coyle**
668554                                       UNITED STATES DISTRICT JUDGE

1